UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER NATHAN SOLE,

    Plaintiff,

v.                                                  Case No. 6:21-cv-292-JA-EJK

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

ORDER

    This case is before the Court on Plaintiff's Complaint (Doc. 1) to obtain judicial review of a final decision of the Commissioner of Social Security denying disability insurance benefits and Supplemental Security Income. The assigned United States Magistrate Judge has submitted a Report (Doc. 30) recommending that the Commissioner's decision be reversed and remanded for further proceedings. Neither party has filed an objection to the Report, and the time for filing objections has passed.

    After review of the record, and noting that no objection to the Report has been filed, the Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation (Doc. 30) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner's decision is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Commissioner shall (1) state the reasons for finding the opinion of Dr. Cubano unpersuasive; (2) reconsider Plaintiff's residual functional capacity, if appropriate; and (3) conduct any further appropriate proceedings.

3. The Clerk of the Court is directed to enter judgment in accordance with this Order and then close this case.

**DONE** and **ORDERED** in Orlando, Florida, on July 6, 2022.

---
JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record